# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:05-cv-02834-MHP

| | |
|---|---|
| Allanoff v. Intel Corporation | Date Filed: 07/12/2005 |
| Assigned to: Hon. Marilyn H. Patel | Jury Demand: Plaintiff |
| Cause: 15:2 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Benjamin Allanoff**
*a resident of Topanga, California, on behalf of himself and all others similarly situated*

represented by **Michael P. Lehmann**
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
(415) 433-2070
Fax: (415) 982-2076
Email: mplehmann@furth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex C. Turan**
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
(415) 433-2070
Fax: (415) 982-2076
Email: aturan@furth.com
*ATTORNEY TO BE NOTICED*

**Daniel B. Allanoff**
Meredith Cohen Greenfogel & Skirnick, P.C.
117 South 17th Street
22nd Floor, Architects Building
Philadelphia, PA 19103
(215) 564-5182
Fax: (215) 569-0958
*ATTORNEY TO BE NOTICED*

**Frederick P. Furth**
The Furth Firm
Furth Building
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
(415) 433-2070
Fax: (415) 982-2076
*ATTORNEY TO BE NOTICED*

**Steven J. Greenfogel**
Meredith Cohen Greenfogel & Skirnick PC
117 South 17th Street
22nd Floor, Architects Building
Philadelphia, PA 19103
(215) 564-5182

Fax: (213) 369-0758
*ATTORNEY TO BE NOTICED*

**Thomas Patrick Dove**
The Furth Firm
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
(415) 433-2070
Fax: (415) 982-2076
Email: tdove@furth.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Intel Corporation** *a Delaware corporation* | represented by | **Joy K. Fuyuno** Bingham McCutchen LLP Three Embarcadero Center San Francisco, CA 94111-4067 415-393-2000 Fax: 415-393-2286 Email: joy.fuyuno@bingham.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Christopher B. Hockett** Bingham McCutchen LLP Three Embarcadero Center San Francisco, CA 94111-4067 415-393-2000 Fax: 415-393-2286 Email: chris.hockett@bingham.com *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2005 | 1 | COMPLAINT: CLASS ACTION: JURY TRIAL DEMANDED against Intel Corporation ( Filing fee $ 250.00, receipt number 3374359.). Filed byBenjamin Allanoff. (aaa, Court Staff) (Filed on 7/12/2005) Additional attachment(s) added on 7/20/2005 (gba, COURT STAFF). (Entered: 07/13/2005) |
| 07/12/2005 | | Summons Issued as to Intel Corporation. (aaa, Court Staff) (Filed on 7/12/2005) (Entered: 07/13/2005) |
| 07/12/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 10/7/2005. Case Management Conference set for 10/14/2005 10:30 AM. Signed by Judge Maxine M. Chesney on 07/12/05. (Attachments: # 1 Standing Order)(aaa, Court Staff) (Filed on 7/12/2005) (Entered: 07/13/2005) |
| 07/12/2005 | | CASE DESIGNATED for Electronic Filing. (aaa, Court Staff) (Filed on 7/12/2005) (Entered: 07/13/2005) |
| 07/14/2005 | 3 | ORDER OF RECUSAL. Signed by Judge Maxine M. Chesney on July 14, 2005. (mmclc1, COURT STAFF) (Entered: 07/14/2005) |
| 07/15/2005 | 4 | ORDER REASSIGNING CASE. Case reassigned to Judge Marilyn H. Patel for all further proceedings. Judge Maxine M. Chesney no longer assigned to case. Signed by Executive |

| | | |
|---|---|---|
| | | Committee on 07/15/05. (mab, COURT-STAFF) (Filed on 7/15/2005) (Entered: 07/15/2005) |
| 07/18/2005 | 5 | CLERK'S NOTICE: Case Management Conference set for 10/24/2005 04:00 PM before the honorable Marilyn Hall Patel; Case Management Statement due by 10/14/2005. (awb, COURT-STAFF) (Filed on 7/18/2005) (Entered: 07/18/2005) |
| 07/27/2005 | 6 | ORDER RELATING CASES C 05-3028, C 05-2699, C 05-2700, C 05-2720, C 05-2721, C 05-2743, 05-2758, C 05-2813, C 05-2818, C 05-2823, C 05-2830, C 05-2831, C 05-2834, C 05-2858, C 05-2859, C05-2882, C 05-2897, C 05-2898, C 05-2916, and C 05-2957 to C 05-2669 MHP; Case reassigned to Judge Marilyn H. Patel for all further proceedings; Signed by Judge Marilyn Hall Patel on 7/27/2005. (awb, COURT-STAFF) (Filed on 7/27/2005) (Entered: 07/27/2005) |
| 07/28/2005 | 7 | NOTICE of Appearance by Joy K. Fuyuno (Fuyuno, Joy) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 07/29/2005 | 8 | STIPULATION re 1 Complaint, *And Proposed Order To Continue Filing Date* by Intel Corporation. (Attachments: # 1 Signature Page (Declarations/Stipulations))(Hockett, Christopher) (Filed on 7/29/2005) (Entered: 07/29/2005) |
| 08/03/2005 | 9 | STIPULATION AND ORDER extending filing date for defendant's responsive pleading; Signed by Judge Marilyn Hall Patel on 8/2/2004. (awb, COURT-STAFF) (Filed on 8/3/2005) (Entered: 08/03/2005) |
| 08/26/2005 | 10 | Statement of Facts *DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS* filed byIntel Corporation. (Hockett, Christopher) (Filed on 8/26/2005) (Entered: 08/26/2005) |
| 09/21/2005 | 11 | STIPULATION *and (Proposed) Order to Reschedule Case Management Conference and Rule 26 Disclosure Deadlines* by Benjamin Allanoff. (Turan, Alex) (Filed on 9/21/2005) (Entered: 09/21/2005) |
| 09/21/2005 | 12 | CERTIFICATE OF SERVICE by Benjamin Allanoff re 11 Stipulation *and (Proposed) Order to Reschedule Case Management Conference and Rule 26 Disclosure Deadlines* (Turan, Alex) (Filed on 9/21/2005) (Entered: 09/21/2005) |
| 09/22/2005 | 13 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b)* (Turan, Alex) (Filed on 9/22/2005) (Entered: 09/22/2005) |
| 09/22/2005 | 14 | CERTIFICATE OF SERVICE by Benjamin Allanoff re 13 ADR Certification (ADR L.R. 3-5b)of discussion of ADR options *Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b)* (Turan, Alex) (Filed on 9/22/2005) (Entered: 09/22/2005) |
| 09/22/2005 | 15 | STIPULATION AND ORDER vacating current case management conference; to be rescheduled 90 days out; Signed by Judge Marilyn Hall Patel on 9/22/2005. (awb, COURT-STAFF) (Filed on 9/22/2005) (Entered: 09/22/2005) |
| 10/31/2005 | 16 | STIPULATION *AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. SECTION 1407* by Intel Corporation. (Fuyuno, Joy) (Filed on 10/31/2005) (Entered: 10/31/2005) |
| 11/08/2005 | 17 | STIPULATION AND ORDER STAYING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 11/7/2005. (awb, COURT-STAFF) (Filed on 11/8/2005) (Entered: 11/08/2005) |
| 11/17/2005 | 18 | Letter from Joy K. Fuyuno re MDL Transfer Order of November 8, 2005. (Attachments: # 1 MDL Transfer Order)(Fuyuno, Joy) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| 01/05/2006 | 19 | ORDER STATISTICALLY DISMISSING CASE pending MDL determination; Signed by |

| | | |
|---|---|---|
| | | Judge Marilyn Hall Patel on 1/5/2006. (awb, COURT STAFF) (Filed on 1/5/2006) (Entered: 01/05/2006) |
| 01/10/2006 | 20 | ORDER of Transfer by the Judicial Panel on Multidistrict Litigation to transfer case to USDC for the District of Delaware (In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717). (gba, COURT STAFF) (Filed on 1/10/2006) (Entered: 01/11/2006) |
| 01/11/2006 | 21 | Certified copy of transfer order, docket sheet along with the original case file sent to USDC for the District of Delaware (MDL - 1717). (gba, COURT STAFF) (Filed on 1/11/2006) (Entered: 01/11/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/17/2006 12:57:06 | | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-02834-MHP |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |