1  Bingham McCutchen LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA  94111-4067
4  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8 |  | UNITED STATES DISTRICT COURT |

9 |  | NORTHERN DISTRICT OF CALIFORNIA |

10

| Line | | |
|---|---|---|
| 11 | BENJAMIN ALLANOFF, a resident of Topanga, California, on behalf of himself and all others similarly situated, | No. C 05 2834 MHP |
| 12 | | NOTICE OF APPEARANCE |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | INTEL CORPORATION, a Delaware corporation, | |
| 16 | Defendant. | |

17

18  TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE ATTORNEYS FOR

19  PLAINTIFF(S) IN THIS ACTION:

20  PLEASE TAKE NOTICE THAT David M. Balabanian, Christopher B. Hockett

21  and Joy K. Fuyuno, of Bingham McCutchen LLP, Three Embarcadero Center, Suite 1800, San

22  Francisco, CA 94111, members of the State Bar of California admitted to practice before this

23  Court, have been retained by, and hereby appear as counsel for, Defendant Intel Corporation.  In

24  addition, Richard A. Ripley, of Bingham McCutchen LLP, 1120 20th Street, NW, Suite 800,

25  Washington, DC  20036, member of the Bar of the District of Columbia and the State Bar of

26  / / /

Case No. C 05 2834 MMC

NOTICE OF APPEARANCE

SF/21627264.1

1  Pennsylvania, will apply to appear *pro hac vice* in this action as counsel on behalf of Defendant
2  Intel Corporation.
3  DATED: July 28, 2005
4
5                                              Bingham McCutchen LLP
6
7                                        By:      /s/ Joy K. Fuyuno
                                                   Joy K. Fuyuno
8                                              Attorneys for Defendant
                                                  Intel Corporation
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26