| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539)<br>JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| 4 | Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 |
| 5 | |
| 6 | Attorneys for Defendant<br>Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN ALLANOFF, a resident of Topanga, California, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | No. C-05-2834-MHP<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT |

IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR COUNSEL AS FOLLOWS:

Pursuant to Civil Local Rule 6-2, Plaintiff Benjamin Allanoff and Defendant Intel Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days after any such motion has been denied. The parties request this extension of time to answer or otherwise respond because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ)

1  (N.D. Cal., filed July 5, 2005), a related matter, have filed a petition to coordinate or consolidate
2  pre-trial proceedings per 28 U.S.C. Section 1407, and the above-styled action has been identified
3  as a related action to that petition. As a result the outcome of the pending petition will impact
4  significantly the schedule of this case.
5        This is the first stipulation between the parties. Because this litigation has just
6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.
7  IT IS HEREBY STIPULATED.
   DATED: July __, 2005

                                                     Bingham McCutchen LLP

                                                     By:_____
                                                          JOY K. FUYUNO
                                                    Attorneys for Defendant
                                                     Intel Corporation

DATED: July ___, 2005

                                                     The Furth Firm LLP

                                                     By:_____
                                                          ALEX C. TURAN
                                                    Attorneys for Plaintiff
                                                    Benjamin Allanoff

**[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, or, in the alternative, 45 days after any such motion has been denied.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2005

_____
Honorable Marilyn Hall Patel
United States District Judge