1  (N.D. Cal., filed July 5, 2005), a related matter, have filed a petition to coordinate or consolidate

2  pre-trial proceedings per 28 U.S.C. Section 1407, and the above-styled action has been identified

3  as a related action to that petition.  As a result the outcome of the pending petition will impact

4  significantly the schedule of this case.

5        This is the first stipulation between the parties.  Because this litigation has just

6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.

7  IT IS HEREBY STIPULATED.
   DATED: July 28, 2005
8

9        Bingham McCutchen LLP

10

11

12  By: _____
          JOY K. FUYUNO
          Attorneys for Defendant
13        Intel Corporation

14  DATED: July 29, 2005

15

16        The Furth Firm LLP

17

18  By: _____
          ALEX C. TURAN
19        Attorneys for Plaintiff
          Benjamin Allanoff
20

21

22

23