FILED

AUG - 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Bingham McCutchen LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA 94111-4067
4  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10            SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  BENJAMIN ALLANOFF, a resident of Topanga, California, on behalf of himself and all others <br> 13  similarly situated, <br> 14          Plaintiff, <br>     v. <br> 15 <br> INTEL CORPORATION, a Delaware <br> 16  corporation, <br> 17          Defendant. | No. C-05-2834-MHP <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT |

18

19       IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

20  COUNSEL AS FOLLOWS:

21       Pursuant to Civil Local Rule 6-2, Plaintiff Benjamin Allanoff and Defendant Intel

22  Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall be

23  due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate

24  or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days

25  after any such motion has been denied. The parties request this extension of time to answer or

26  otherwise respond because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ)

1  (N.D. Cal., filed July 5, 2005), a related matter, have filed a petition to coordinate or consolidate
2  pre-trial proceedings per 28 U.S.C. Section 1407, and the above-styled action has been identified
3  as a related action to that petition. As a result the outcome of the pending petition will impact
4  significantly the schedule of this case.
5      This is the first stipulation between the parties. Because this litigation has just
6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.
7  IT IS HEREBY STIPULATED.
   DATED: July ___, 2005
8
9                      Bingham McCutchen LLP
10
11
                    By:_____
12                          JOY K. FUYUNO
                      Attorneys for Defendant
13                        Intel Corporation
14  DATED: July ___, 2005
15
16                      The Furth Firm LLP
17
18                      By:_____
19                          ALEX C. TURAN
                      Attorneys for Plaintiff
20                        Benjamin Allanoff
21
22
23
24
25
26

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627435.1

1
2 **[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**
3       IT IS HEREBY ORDERED that Defendant Intel Corporation's response to
4 Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case
5 pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section
6 1407, or, in the alternative, 45 days after any such motion has been denied.
7 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
8 Dated: 8/2, 2005

                                          Honorable Marilyn Hall Patel
                                          United States District Judge