| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539) |
|   | JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center |
|   | San Francisco, California 94111-4067 |
| 4 | Telephone: (415) 393-2000 |
| 5 | Attorneys for Defendant |
|   | Intel Corporation |

8   UNITED STATES DISTRICT COURT

9   NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN ALLANOFF, a resident of Topanga, California, on behalf of himself and all others similarly situated | No. 05-2834 |
| Plaintiff, | DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS |
| v. | |
| INTEL CORPORATION, | |
| Defendant. | |

SF/21633117.1

DEFENDANT'S FED. RULE CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS

1   Pursuant to Rule 7.1, Federal Rules of Civil Procedure, the undersigned certifies
2  that there is no parent company and no publicly held entity that owns 10% or more of Intel.
3   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
4  than the named parties, there is no such interest to report.
5  DATED:  August 26, 2005
6   BINGHAM McCUTCHEN LLP
7
8   By:  /s/ *Joy K. Fuyuno*
9   Joy K. Fuyuno
    Attorneys for Defendant
10   Intel Corporation
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

SF/21633117.1   2

DEFENDANT'S FED. RULE. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENT