FREDERICK P. FURTH (No. 38438)
MICHAEL P. LEHMANN (No. 77152)
THOMAS P. DOVE (No. 51921)
ALEX C. TURAN (No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Telephone:    (415) 433-2070
Facsimile:    (415) 982-2076

Attorneys for Plaintiff

(Additional counsel are listed on Signature Page)

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BENJAMIN ALLANOFF, a resident of Topanga, California, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. C-05-02834 MHP<br><br>STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DISCLOSURE DEADLINES |

FILED
SEP 2 2 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

58602.1
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RULE 26 DEADLINES

E-filing

Pursuant to Northern District of California Civil Local Rule 6-2(a), plaintiff Benjamin Allanoff ("Plaintiff") and defendant Intel Corporation ("Intel Corp.") by and through their undersigned counsel hereby stipulate as follows:

WHEREAS, the above-entitled action was filed on July 12, 2005 as an antitrust class action against defendant Intel Corp.;

WHEREAS, in its Order entered July 18, 2005, the Court scheduled a case management conference for October 24, 2005 at 4:00 p.m.;

WHEREAS, in its Order entered July 18, 2005, the Court scheduled the due date for the Joint Case Management Statement for ten days prior to the conference (October 14, 2005);

WHEREAS, in its Order entered July 12, 2005, the Court scheduled the initial disclosures among the parties, pursuant to Fed.R.Civ.P. 26(a)(1), as well as the due date for the filing of a report, pursuant to Fed.R.Civ.P. 26(f), for October 7, 2005;

WHEREAS, over 65 similar actions have been filed in various United States District Courts. All those cases, including this case, are subject to motions to transfer and consolidate currently pending before the Judicial Panel for Multidistrict Litigation ("MDL") in MDL-1717 – In re Intel Corp. Microprocessor Antitrust Litigation.

WHEREAS, in light of such motions before the MDL Panel and the potential for transfer of this case by the MDL Panel to another district, Plaintiff and Intel Corp. have agreed that in the interests of judicial efficiency and economy, the dates currently set for the (1) case management conference, (2) the Joint Case Management Statement as well as (3) all Fed.R.Civ.P. Rule 26 related deadlines be continued by 90 days.

IT IS HEREBY STIPULATED

| | | |
|---|---|---|
| Dated: September 21, 2005 | | Counsel for Plaintiff Benjamin Allanoff |

By: /s/ Alex C. Turan
MICHAEL P. LEHMANN
THOMAS P. DOVE
ALEX C. TURAN
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

STEVEN GREENFOGEL
DANIEL B. ALLANOFF
MEREDITH COHEN GREENFOGEL &
SKIRNICK, P.C.
22nd Floor, Architects Building
117 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 564-5182
Facsimile: (215) 569-0958

Dated: September 21, 2005            Counsel for defendant Intel Corporation

By: [signature]
JOY K. FUYUNO
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

I, Alex C. Turan, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Reschedule Case Management Conference and Rule 26 Deadlines. In compliance with General Order 45, X.B., I hereby attest that Joy K. Fuyuno, attorney for defendant Intel Corporation, has concurred in this filing.

By: /s/ Alex C. Turan
ALEX C. TURAN

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: September 22, 2005

By: [signature]
HON. MARILYN HALL PATEL
United States District Judge